39,768-05

CAUSE NO. 96-CR-170

| | | |
|---|---|---|
| ISMAEL DIAZ,JR., | § | IN THE CRIMINAL COURTS |
| Relator., | § | OF APPEALS OF TEXAS |
| V. | § | P.O.BOX 12308 |
| LOUISE PEARSON,District Clerk., | § | CAPITOL STATION |
| Respondent. | § | AUSTIN,TEXAS 78711 |

## HISTORY OF THE CASE

On December 29th 2014, Ismael Diaz,Jr (Relator) in this case fowered District Clerk: Mr.Pearson, a Motion Art.40.001. base upon newly discovered evidance and Relator's Motion Writ of Mandamus,Was via: Certified Receip# 7010 3090 0002 9154 3491.Since then Relator have discovered this Newly Evid-dance under Brady Material which were not available during trial Brady Motion under Art.40.001. and Bar of: Art.11.07. V.A.C.C.P. Sec.4 (a)(1)(2). Hno: Clerk OF COURT OF APPEALS OF TEXAS:Heres this Brady Motion, I have requested in Honorable 229th District Court Of Starr County add to my Art. 40.001.This Brady Motion . In the past in more that one ocation I have send Starr Couty Clerk Stamp envelops for him give Relator's an answred:thereis no answered. Herein is the Clerk covered letter and Motion requesting Hon: District Court add to Applicant's Art.40.001. The Newly Discovered Evidance addressed to Hon:Ana Lisa Garza,Presiding; an unsworn to declaration and cetrificated of service too.

Hon: Louise Pearson,District Clerk: Relator is requesting this Honorab-le COURT OF APPEALS,GRANT,This othere Motion to be added to Applicants' Art. 40.001. Under Brady Motion Upon Newly Discovered Evidence in the best of relators interest. Relator will send Brady Motion in two (2) different envi-olops,envelop #(1) and #(2) don't have a writ envelop.

EXECUTED THIS 12TH DAY
OF JANUARY 2015.

MOTION DENIED
DATE: 3-11-15
BY: P. C.

RECEIVED IN
COURT OF CRIMINAL APPEALS
JAN 20 2015
Abel Acosta, Clerk

RESPECTFULLY SUBMITTED

ISMAEL DIAZ,JR.,
RDCJ#773609
JIM FERGUSON UNIT
12120 SAVAGE DRIVE
MIDWAY,TEXAS 75852
"PRO SE#773609

1

## UNSWORN TO DECLARATION

Pursuant to both Federal law 28 U.S.C. § 1746 and Texas Civil Practice and Remedies Code §§ 132.001-132.003, I Ismael Diaz,Jr, an Incarcerated Citizen of the State of Texas herein swear under penalty that the foregoing is a **TRUE AND CORRECT** account of events as described herein.

EXECUTED THIS 12TH DAY
OF JANUARY 2015.

RESPECTFULLY SUBMITTED

ISMAEL DIAZ,JR
TDCJ³773609
JIM FERGUSON UNIT
12120 SAVAGE DRIVE
MIDWAY,TEXAS 75852
PRO SE³773609

## CERTIFICATE OF SERVICE

This is to both verify and certify that a coplete copy of the forgoing instrument has been maild to the Texas Court of Criminal Appeals by pre-paid postige. Relator has addressed said packagee or in two difrent busine-ss # (10) envolops to the Honorable Clerk my <u>Brady</u> Motion:

LOUISE PEARSON
P.O.BOX 12308
CAPITOL STATION
AUSTIN, TEXAS 78711

EXECUTED THIS 12TH DAY
OF JANUARY 2015.

RESPECTFULLY SUBMITTED

ISMAEL DIAZ,JR.,
TDCJ#773609
JIM FERGUSON UNIT
12120 SAVAGE DRIVE
MIDWAY,TEXAS 75852
PRO SE#773609

2.

ELOY R. GARCIA.,
DISTRICT CLERK-STARR COUNTY
STARR COUNTY COURTHOUSE,ROOM 302
401 NORTH BRITTON AVENUE
RIO GRANDE CITY,TEXAS 78582                    JANUARY 11TH 2015


RE: MOTION REQUESTING HONORABLE 229TH COURT TO ADD APPLICANT'S TO ART.40.001,
THIS NEWLY DISCOVERED EVIDANCE

DEAR MR.GARCIA-CLERK;

Now Comes Ismael Diaz,Jr,#773609,Cause No. 96-CR-170,in Starr County.
Please fowored a copy of this motion of newly discovered evidance to the
Honorable: Ana Lisa Garza,Presiding. And lieve a copy for the Honorable:
D.A. Omar Escobar,District Attorney. Please fowored copy of instrument to:
Louise Pearson,District Clerk, In The Criminal Court of Appeals of Texas
P.O.Box 12308. Capital. Station. Austin,Texas 78711. Under Texas Goverment
Code Sec.51.303, your ministerial duties of District Clerk.
Please Inclosed fine copy of this letter which needs to be file and marke
and retourn with the Honorable Clerk answer. Along with a self addressed
Stamped envelop.



        EXECUTED THIS 11TH DAY
OF JANUARY 2015.




                                    RESPECTFULLY SUBMITTED
                                    ISMAEL DIAZ,JR.,
                                    TDCJ#773609
                                    JIM FERGUSON UNIT
                                    12120 SAVAGE DRIVE
                                    MIDWAY,TEXAS 78582
                                    APPLICANT PRO SE

| | | |
|---|---|---|
| THE STATE OF TEXAS., | § | IN THE 229TH JUDICIAL |
| Plaintiff., | § | DISTRICT COURT OF |
| V. | § | STARR COUNTY, TEXAS |
| ISMALE DIAZ,JR., | § | |
| Defendant. | § | |

## APPLICANT'S MOTION REQUESTING THIS HONORABLE DISTRICT COURT TO ADD TO APPLICANT'S ART.40.001 THIS NEWLY DISCOVERED EVIDANCE

TO THE HONORABLE : Ana Lisa Garza,Presiding

Now Comes Ismael Diaz,Jr., Applicant, introduction,Motion Upon Newly Discovered Evidence are **Controlled** by **Article.40.001** which provides: A New Trial shall be granted an accused where material evidence Favorable to the Accused has been discovered since trial.Applicant's has taken the position taken in the dissent that due to the **language** of **Art.40.001** credibility is not as issue, and that all victim Recantation **and** there confession that was not giving under Her free will.

### I.

Applicant alleged fact which is true, entitle Him to his Motion's Relief. SEE Keeter V. State 74 s.w.3d 31,36-37 (Tex Cri.App 2002): and Bar of: Art.11.07, V.A.C.C.P. Sec.4(a)(1)(2).

Respectfully Submitted

ISMAEL DIAZ,JR.,
TDCJ#773609
JIM FERGUSON UNIT
12120 SAVAGE DRIVE
MIDWAY,TEXAS 75852
APPLICANT'S PRO SE

1

CAUSE NO. 96-CR-170

| | | |
|---|---|---|
| THE STATE OF TEXAS., | § | IN THE 229TH JUDICIAL |
| Plaintiff., | § | DISTRICT COURT OF |
| V. | § | STARR COUNTY, TEXAS |
| ISMAEL DIAZ,JR., | § | |
| Defendent. | § | |

## MOTION FOR NEW TRIAL BASED ON NEWLY DISCOVERED EVIDENCE
### INTRODUCTION

ARTICLE.40.001, of the Texas Code of Criminal Procedure Provides that a "new trial" shall be granted an accused where material evidence Favorable to the Accused has been discovered since trial. Under this statute a defendant is entitled to a new trial if the newly discovered evidence was unknown to his at the time of trial; his failure to discover the new evidence was not merely cumulative; corroborative; collateral or Impeaching; the new evidence are true and will bring about a different result in a new trial SEE: Keeter V. State, 74 s.w.3d 31,36-37(Tex.App 2002) and Bar of: ART.11. 07,V.A.C.C.P. Sec.4(a)(1)(2).

## I.

The Defendant is filing a Brady Motion herein. The only witness, Yolanda Sanchez, testified against defendant and sought to blame the Defendant for killing. Asked directly,by counsel at trial, she denied her her testimony would benefit her husband, Salome Sanchez, a co-defendant in the case. In fact, an information and belief,[Sanchez, received an acquittal for his wife inculpetory testimony]. There is evidence that D.A., Heriberto Silva's gave witness a non-credible, story about how Yolanda Sanchez, should testify before the jury to accuse Applicant.SEE EXHIBIT"E" in Yolanda Diaz,and Sisters AFFIDAVET,in Art.40.001,for newly discovered evidence, and now we have as this other(EXHIBIT "EE) As a Brady Motion: IN THE 381st DISTRICT COURT OF THE STATE OF TEXAS CAUSE NO.96-CR-142,96-CR-150,96-CR-166;IN STATEMENT OF FACTS: Testimony of Yolanda Sanchez;January 26,1999, SEE cover page (1) (2)(23) as(EXHIBIT EE) Defendant's counsel Mr.Guerra, asked some questians about this case; Mrs.Yolanda Sanchez in Pg(5) lines(7)

Q. I'm going to ask you some questions about this case,Mrs.Sanchez, you're familiar with facts of this case, are you not, Ma'am (?)

2

IN THE 381ST DISTRICT COURT OF THE STATE OF TEXAS

IN AND FOR THE COUNTY OF STARR

THE STATE OF TEXAS,                )
                                   )
                Plaintiff,         )
                                   )
VS.                                )        Cause No   96-CR-142
                                   )                   96-CR-150
SALOME SANCHEZ,                    )                   96-CR-166
                                   )
                Defendant.         )
_____)

STATEMENT OF FACTS

TESTIMONY OF YOLANDA SANCHEZ

REPORTER'S TRANSCRIPT OF PROCEEDINGS

January 26, 1999
Rio Grande City, Texas

BEFORE:   HON. JOHN A. POPE, III, Presiding Judge of
          the 381st District Court

Julian G. Alderette
Official Court Reporter
Certification Number 3484

COPY

A-P-P-E-A-R-A-N-C-E-S

FOR THE PLAINTIFF:

        Mr. Heriberto Silva
        District Attorney
        Starr County, Texas
        Mr. Jon West
        Ms. Hilda Gonzalez
        Assistant District Attorneys
        Starr County Courthouse, 3rd Floor
        Rio Grande City, Texas    78582

FOR THE DEFENDANT:

        Mr. Arnulfo Guerra, Sr.
        Mr. Arnulfo Guerra, Jr.
        Attorneys at Law
        104 Lincoln
        Roma, Texas

Reporter's Certificate.................................23

THE STATE OF TEXAS    :

COUNTY  OF STARR    :

Starr County Cause Nos. 96-CR-142

96-CR-150

96-CR-166

I, JULIAN GARCIA ALDERETTE, Official Court Reporter, in and for the 381st District Court of Starr County, State of Texas, do hereby certify that the foregoing contains a true and correct transcription of all the proceedings requested in the above-styled and numbered cause, all of which occurred in open court or in chambers and were reported by me, all done to the best of my skill and ability.

I further certify that this transcription of the proceedings truly and correctly reflects the exhibits, if any, which were offered by the respective parties.

WITNESS MY HAND this 20th day of January, 20001.

_____
JULIAN GARCIA ALDERETTE
CERTIFIED SHORTHAND REPORTER
STATE OF TEXAS
CERTIFICATION NO. 3484

COPY

Q.   Where did you meet Mr. Sanchez?

A.   (By the Interpreter)  In Camargo.

Q.   And are you from Camargo originally?

A.   (By the Interpreter)  Yes.

Q.   Is that where your family is from?

A.   (By the Interpreter)  Yes.

Q.   I'm going to ask you some questions about this case, Mrs. Sanchez, you're familiar with facts of this case, are you not, ma'am?

A.   (By the Interpreter)  Yes.

Q.   That is also because you testified for the State in the trial against Ismael Diaz, isn't that true?

A.   (By the Interpreter)  That is true.

Q.   And you volunteered to do that, didn't you, ma'am?  When you testified against Ismael Diaz, you did so voluntarily, didn't you, ma'am?

THE WITNESS:  No.

MR. SILVA:  Your Honor, I object.  That is not a proper of this witness.  She doesn't have any privilege in the case of Ismael Diaz, Judge, whether it was voluntary or not is not an issue here.

THE INTERPRETER:  She answered.

THE COURT:  Hold on.  Wait a minute.  I'm going to overrule your objection at this point, but we're fast approaching a problem that I'd like to avoid, but I

A.(By the Interpreter)    YES.

Q.That is also because you testified for the State in trial against Ismael Diaz, isn't that true (?)

A.(By the Interpeter)    THAT IS TRUE.

Q. And you volunteered to do that, didn't you,ma'am (?) when you testified against Ismael Diaz, you did so voluntarily, didn't you,ma'am (?)

THE WITNESS:    NO.

The Witness, Here, Contends, her Confessions were involuntary in the Fifth Amendment sense. Under the Fifth Amendment, a Confession must be free and voluntary, that is, it must not be extracted by any sort of threat or violence,[nor obtained by any direct or implied promises],[however slight, nor by the exertion of any improper Influence].U.S.C.A. Const. Amend.5. There are clearer evidence where D.A. Heriberto Silva's gave witness a non-credible story about how Mrs. Sanchez, should testify befor the jury under "perjury", to accuse Applicant's of a extraneus murder. SEE (EXHIBIT E) in Yolanda Diaz and Sisters Affidavet in Art.40.001,Pg (6) colom (VIII) A conviction that results from a Constitutional error-free Trial is Entitled to the greatest, and thus, when a Criminal Procedure Claim of Innocence based on Newly Discovered Evidance, the evidence presented must constitute affirmative evidence of the Applicant's innocence; once the Applicant's provides such evidence, it is then appropriste to proceed with a determination of whether Applicant's can prove by clear and convicing evidance that no reasonable jurors wold have convicted Applicant's in light of the Newly Discovered Evidence is admissible. Heriberto Silva's Prosecuter's "Plans , Kept Dening Applicant's A Fair Trial,under fraud, with His Promises of Leniency".'When State Court admits evidence that is so unduly prejudical that is renders trial fundamentally unfair"; Due Process Clause of Fourteenth Amendment provides Mechanism for Relief. U.S.C.A.Const.Amend.14. (EXHIBIT EE-Pg(5)) atteched hereto and fully incorporated herein as if set out fully al length.

## II.

Applicant have reveal this Honorable 229th District Court OF Starr County; how Prosecuter Heriberto Silva: Plans Kept Dening Applicant's a fair

3